UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Cletus E. Schneider,

Petitioner,

vs. ORDER

James H. Bruton,

Respondent. Civ. No. 00-1628 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of November, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Petitioner's Motions for an Order granting an extension of time in which to file his Traverse to the Respondent's submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed. Good cause has been shown.

WHEREFORE, It is nunc pro tunc --

ORDERED:

1. That the Petitioner's Motions for an Extension of Time to Respond [Docket Nos. 14 & 16] are GRANTED.

NOV 17 2000

2. That the Petitioner shall be, and hereby is, granted an extension of time until **January 30, 2001**, in which to file his Traverse in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE