UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cletus E. Schneider, Civ. No. 00-1628 (PAM/RLE)

Petitioner,

v. **ORDER**

James H. Bruton,

Respondent.

---

This matter is before the Court upon Petitioner Cletus Schneider's Application for Certificate of Appealability to allow appeal of this Court's denial of his Motion Pursuant to 28 U.S.C. § 2254. A petitioner's appeal of a final order in a § 2254 action may not proceed unless a district or circuit judge issues a Certificate of Appealability. See 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).

In order for a Certificate of Appealability to issue, a movant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner need not show that he should prevail on the merits, but rather that the issues are "debatable among reasonable jurists" and that a court could resolve the issues differently. Flieger v. Delo, 16 F.3d 878, 883 (8th Cir. 1994). If a court grants a Certificate of Appealability it must indicate which specific issue or issues satisfy the requisite showing. 28 U.S.C. § 2253(c)(3); see also Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997).

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

In his § 2254 motion, Schneider asserted that the evidence submitted at trial was insufficient to support his conviction for first degree murder. Magistrate Judge Erickson issued a Report and Recommendation with respect to that issue, finding that there was ample evidence presented to the jury supporting his conviction. Obviously, having adopted the Report and Recommendation, this Court does not believe that Schneider's constitutional rights were violated. Moreover, the Court finds that this issue is not debatable among reasonable jurists. Therefore, Schneider's request for a Certificate of Appealability is denied.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner Cletus Schneider's Application for Certificate of Appealability (Clerk Doc. No. 26) is **DENIED**.

Dated: May 23, 2001

Paul A. Magnuson
United States District Court Judge